# UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF TENNESSEE
## EASTERN DIVISION

| | |
|---|---|
| **ALEXANDER BLACKMON,** | **JUDGMENT IN A CIVIL CASE** |
| Petitioner, | |
| vs. | |
| **JONATHAN SKRMETTI,** | CASE NO: 23-1102-STA-jay |
| Respondent. | |

**DECISION BY COURT.** This action came to consideration before the Court. The issues have been considered and a decision has been rendered.

**IT IS SO ORDERED AND ADJUDGED** that in accordance with the **ORDER DISMISSING § 2254 PETITION WITHOUT PREJUDICE, DENYING CERTIFICATE OF APPEALABILITY, CERTIFYING THAT APPEAL WOULD NOT BE TAKE IN GOOD FAITH, AND DENYING LEAVE TO APPEAL IN FORMA PAUPERIS** entered on July 2, 2024, this cause is hereby **DISMISSED without prejudice.**

APPROVED:

s/ S. Thomas Anderson
**UNITED STATES DISTRICT COURT JUDGE**

**DATE: 7/2/2024**

Wendy R. Oliver
Clerk of Court

s/Maurice B. BRYSON

(By) Deputy Clerk